**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6209**

─────────────

DENNIS RAMSAY,

        Plaintiff - Appellant,

    v.

JANET M. DEXTER,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:23-ct-03085-FL)

─────────────

Submitted: August 21, 2025                  Decided: August 26, 2025

─────────────

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dennis Ramsay, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Ramsay appeals the district court's orders (1) dismissing multiple claims in his 42 U.S.C § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim and (2) dismissing without prejudice Ramsay's remaining claims against Defendant Dexter for failure to exhaust administrative remedies.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Ramsay v. Buffalo*, No. 5:23-ct-3085-FL (E.D.N.C. Dec. 1, 2023); *Ramsay v. Dexter*, No. 5:23-ct-3085-FL (E.D.N.C. Mar. 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2